UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LORETTA SCHNEIDER,  CIVIL NO. 06-2925 (MJD/JSM)

    Plaintiff,

v.  ORDER

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated July 17, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED that:**

1. Plaintiff's Motion for Summary Judgment [Docket No. 12] be **DENIED**; and

2. Defendant's Motion for Summary Judgment [Docket No. 15] be **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated: August 22, 2007

                                                s/Michael J. Davis
                                                MICHAEL J. DAVIS
                                                United States District Judge